UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNABELLE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01581-NC<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF FILED AN AMENDED COMPLAINT WITHOUT SEEKING LEAVE OF COURT**<br><br>Re: Dkt. No. 21 |

Plaintiff Annabelle Acosta filed a complaint in March 2019. Dkt. No. 1. Defendants moved to dismiss. Dkt. No. 12. Ms. Acosta did not file an opposition to the motion to dismiss on any of the Court's three deadlines to do so. Dkt. Nos. l5, 18, 20. Instead, on August 14, 2019, Ms. Acosta filed an amended complaint. Dkt. No. 21. Under Federal Rule of Civil Procedure 15, an amended complaint may only be filed absent court order or agreement of the other party within 21 days of service of the original complaint. Fed. R. Civ. P. 15(a)(1)–(2). The plaintiff is hereby ORDERED TO SHOW CAUSE why the Court should permit the amended complaint by **August 21, 2019.**

**IT IS SO ORDERED.**

Dated: August 14, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　United States Magistrate Judge